AO 245D (Rev. 11/16) Judgment in a Criminal Case for Revocations
Sheet 1

ETK:dml (3492173)

# UNITED STATES DISTRICT COURT
## Western District Of New York

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| Jeffrey Mills | Case Number: 1:17CR00073-001 |
| | USM Number: 25650-055 |
| | Brian P. Comerford, A.F.P.D. |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of charges(s)   #1   of the term of supervision.

☐ was found in violation of charges(s)   _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| #1 | Drug Use: Cocaine | 11/09/2021 |

*[FILED stamp: JUN 10 2022, MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY]*

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated charge(s)   Nos. 2-3   and is discharged as to such violation(s) charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 8, 2022
Date of Imposition of Judgment

*[Signature]*
Signature of Judge

Richard J. Arcara, Senior U.S. District Judge
Name and Title of Judge

June 8, 2022
Date

AO 245D (Rev. 11/16) Judgment in a Criminal Case for Revocations  
Sheet 2— Imprisonment

ETK:dml (3492173)

DEFENDANT: Jeffrey Mills  
CASE NUMBER: 1:17CR00073-001

Judgment — Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: Six (6) Months

The cost of incarceration fee is waived.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL